**No. 11-7142. Ismael Lugo, Petitioner v. Donna Zickefoose, Warden.**

565 U.S. 1085, 132 S. Ct. 829, 181 L. Ed. 2d 537, 2011 U.S. LEXIS 8775.

December 5, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 427 Fed. Appx. 89.